UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| BEV ORR | CIVIL ACTION |
| VERSUS | NO. 11-1266 |
| DEPARTMENT OF DEFENSE<br>AND VIRGINIA S. PENROD as<br>  Executive of Per Diem Travel and<br>  Transportation Allowance (PDTATAC),<br>  Department of Defense | SECTION "N" (3) |

### ORDER AND REASONS

**IT IS ORDERED** that Plaintiff's motion for appeal/review of magistrate judge decision (Rec. Doc. 12) regarding her request to proceed *in forma pauperis* is **DENIED**. The Court finds that, on the showing made, the magistrate judge's ruling is not clearly erroneous or contrary to law.

New Orleans, Louisiana, this 17th day of October 2011.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE